

COM.

v.

**PARKS, D.**

**3189 EDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0012473–2013 (Philadelphia)

Affirmed

COM.

v.

**CORDERO, M.**

**3319 EDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0000654–2015 (Philadelphia)

Affirmed

COM.

v.

**GRAY, S.**

**3509 EDA 2016**

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0105661–2003 (Philadelphia)

Affirmed

RENFER, M.

v.

**KOPENA, S.**

**3554 EDA 2016**

Superior Court of Pennsylvania.

09/27/2017

No. 2015–08506 (Bucks)

Affirmed/Dismissed

A.L.

v.

**S.P.**

**3862 EDA 2016**

Superior Court of Pennsylvania.

09/27/2017

1610V7277 (Philadelphia)

Affirmed

COM.

v.

**JONES, G.**

**63 EDA 2017**

Superior Court of Pennsylvania.

09/27/2017

CP–51–CR–0607981–1979 (Philadelphia)

Affirmed

